NOT PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 12-1485
_____

UNITED STATES OF AMERICA

v.

JAMAR BLACKSHEAR,
Appellant

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
District Court No. 2-11-cr-00227-001
District Judge: The Honorable R. Barclay Surrick

_____

Argued March 21, 2013

Before: McKEE, *Chief Judge*, SMITH, and GREENAWAY, JR., *Circuit Judges*

(Filed: August 12, 2013)

Andrew J. Schell   [ARGUED]
Office of United States Attorney
615 Chestnut Street
Suite 1250
Philadelphia, PA  19106
        *Counsel for Appellee*

Mark E. Cedrone   [ARGUED]
123 South Broad Street
Suite 810
Philadelphia, PA 19109
      *Counsel for Appellant*

————————————

OPINION

————————————

SMITH, *Circuit Judge.*

Jamar Blackshear and his codefendant, Terrell Davis, appeal the denial of their suppression motion. Blackshear has standing to challenge the search of the rental vehicle under *United States v. Baker*, 221 F.3d 438, 442–43 (3d Cir. 2000). For the reasons stated in Parts I and II of the companion case, *United States v. Davis*, No. 12-1486 (3d Cir. Aug. 9, 2013), we will affirm the District Court's judgment.